HON. JUDGE ROBERT S. LASNIK

## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:18-cr-00193-RSL-1 |
| Plaintiff, | ) ~~PROPOSED~~ ORDER MODIFYING |
| vs. | ) CONDITIONS OF RELEASE ALLOWING |
| | ) DEFENDANT TO TRAVEL |
| JAKE SCHWARTZ, | ) |
| Defendant. | ) |

THIS MATTER having come before the court on the motion of the defendant, and the court having reviewed this matter, it is now, hereby

ORDERED that the defendant, Jake Schwartz, is allowed to travel from his residence in Seattle, WA to Great Exuma, Bahamas from June 20 through June 27, 2019. Defendant is directed to provide his travel itinerary to his Pretrial Services Officer prior to his departure. It is further

ORDERED that the Pretrial Services Office, which is currently in possession of defendant's passport, is authorized to provide the passport to defendant for the limited purposes of the travel authorized by this Order. It is further

ORDERED that defendant is directed to surrender his passport to his Pretrial Services Officer after his return to the United States on June 27, 2019. It is further

LAW OFFICES OF KRUPA & CLARK
705 S. 9TH ST., STE. 202
TACOMA, WA 98405
(253) 573-1000
FACSIMILE (253) 428-0330

1   ORDERED that all other conditions of the Order Setting Conditions of Release (doc #8)

2   remain in effect.

3   DATED this 23rd day of April, 2019.

4

5   _____

6   HON. JUDGE ROBERT S. LASNIK

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PROPOSED ORDER MODIFYING CONDITIONS OF RELEASE
ALLOWING DEFENDANT TO TRAVEL - 2

LAW OFFICES OF KRUPA & CLARK
705 S. 9TH ST., STE. 202
TACOMA, WA 98405
(253) 573-1000
FACSIMILE (253) 428-0330