# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAKE SCHWARTZ )<br>Defendant. ) | Case No.: 2:18-cr-00193 |

## ORDER TERMINATING PROBATION

Now on this 6th day of July, 2021, the above matter comes before the Court on Defendant's Motion for Early Termination of Probation (Doc. No. 11) filed June 22, 2021.

After being well and duly advised in the premises, the Court finds that Defendant's Motion should be **GRANTED**.

**IT IS THEREFORE BY THE COURT ORDERED, ADJUDGED AND DECREED** that Mr. Schwart'z probation is hereby terminated.

**IT IS SO ORDERED.**

Dated this 6th day of July, 2021.

*/s/ R S Lasnik*
Robert S. Lasnik
United States District Judge